(No. 7182. June 29, 1944.)

STATE OF IDAHO, Respondent, v. FRITZ LANDAKER, Appellant.

(150 P. (2d) 133.)

Frank Griffin and Harold S. Purdy for appellant.

Bert H. Miller, Attorney General; J. R. Smead, Assistant Attorney General, and W. B. McFarland for respondent.

DUNLAP, J.—The parties in this cause having stipulated that the questions presented and the issues to be determined are the same as those in the case of *State v. John Finney*, this day decided by this Court, and the Court so finding, the decision in that case is controlling, on the issues presented here.

Therefore, judgment of the trial court is affirmed.

No costs awarded.

Holden, C. J., Ailshie, Budge and Givens, JJ., concur.